**EXHIBIT A**

U.S. Department of State
APPLICATION FOR A U.S. PASSPORT BY MAIL

NAME: Michael   Anthony   Diaz

MAILING ADDRESS: 136 Crawford St.   Apt 10
Dorchester   Mass   02121

c/o Maria Vicino

SEX: M
PLACE OF BIRTH: New York USA (NY)
DATE OF BIRTH: 02 26 1969
SOCIAL SECURITY NUMBER: 1747

HEIGHT: 5'9"
HAIR COLOR: Black
EYE COLOR: Brown
HOME TELEPHONE: (617) 442-9245
BUSINESS TELEPHONE: 

NOTE: Most recent U.S. passport must be enclosed!
U.S. PASSPORT NUMBER: NA
ISSUE DATE: 02/25/1994
DATE OF ISSUANCE: Boston

DEPARTURE DATE: 7/5/04
TRAVEL PLANS: Puerto Rico
LENGTH OF STAY: 3 weeks

PERMANENT ADDRESS: 136 Crawford St   Dorchester   Mass   02121

EMERGENCY CONTACT:
Maria Vicino
136 Crawford St. Apt #10   02121
Dorchester   Mass   02121
(617) 442-9245   girlfriend

OATH AND SIGNATURE

SIGNATURE: Michael A Diaz   DATE: 5/19/04

**EXHIBIT B**

The Secretary of State
of the United States of America
hereby requests all whom it may concern to permit the citizen/
national of the United States named herein to pass
without delay or hindrance and in case of need to
give all lawful aid and protection.

CANCELLED

Le Secrétaire d'État
des États-Unis d'Amérique
prie par les présentes toutes autorités compétentes de laisser passer
le citoyen ou ressortissant des États-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder
toute aide et protection légitimes.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

NOT VALID UNTIL SIGNED

UNITED STATES OF AMERICA

PASSPORT / PASSEPORT

Type/Catégorie: P
Code of issuing State / code du pays émetteur: USA
PASSPORT NO./NO. DU PASSEPORT: 101501239

Surname / Nom: DIAZ
Given names / Prénoms: MICHAEL ANTHONY
Nationality / Nationalité: UNITED STATES OF AMERICA
Date of birth / Date de naissance: 28 OCT/OCT 69
Sex / Sexe: M
Place of birth / Lieu de naissance: NEW YORK, U.S.A.
Date of issue / Date de délivrance: 25 FEB/FEV 94
Date of expiration / Date d'expiration: 24 FEB/FEV 04
Authority / Autorité: PASSPORT AGENCY BOSTON
Amendments/Modifications: SEE PAGE 24

P<USADIAZ<<MICHAEL<ANTHONY<<<<<<<<<<<<<<<<<
101501239(3A6910284M0402246<<<<<<<<<  <<<<4

**EXHIBIT C**

FROM DIPLOMATIC SECURITY-BOSTON F.O.            (WED) 4.28'04 14:59/ST. 14:59/NO. 4865091378 P 2



**The United States Department of State - Bureau of Consular Affairs**

## Social Security Administration Death

*Report by CA_PUBLIC on April, 27TH 2004 10:19 ET*

*Sensitive But Unclassified (SBU) - Information Protected under INA 222(f) and 9 FAM 40.4*

| SSN | Name | Date of Birth | Date of Death | State | Last Residence Zip | Lump Sum Payment Zip |
|---|---|---|---|---|---|---|
| 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 | Diaz, Michael | 10/28/1969 | 12/21/1995 | | 10472 | |

Webmaster: CA-DATA-ENG@state.gov

https://cadata.ca.state.gov/pls/public/rpt_ssa_death.report                                 4/27/2004