AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

*Copy*

UNITED STATES OF AMERICA

v.

WILLIAM DANILO MEJIA CRUZ a/k/a
MICHAEL ANTHONY DIAZ

**WARRANT FOR ARREST**

CASE NUMBER: 04-840-MBB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___WILLIAM DANILO MEJIA CRUZ a/k/a MICHAEL ANTHONY DIAZ___
Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)
making false statements in connection with a passport application

in violation of Title __18__ United States Code, Section(s) __1542__

MARIANNE B. BOWLER
Name of Issuing Officer

CHIEF UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

*Marianne B. Bowler, U.S.M.J.*
Signature of Issuing Officer

Boston   April 29, 2004
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.